**The below described is SIGNED.**

Dated: November 13, 2012

_____
JOEL T. MARKER
U.S. Bankruptcy Judge

_____

Danny C. Kelly (USBA 01788)
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 578-6979
Facsimile: (801) 578-6999
dckelly@stoel.com

Christopher N. Weiss (WSBA 14826) admitted *pro hac vice*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7624
Facsimile: (206) 386-7500
cnweiss@stoel.com

Counsel for Playboy Enterprises International, Inc.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>PLAY BEVERAGES, LLC,<br><br>Debtor-in-Possession. | Bankruptcy Case No. 11-26046<br><br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>[Filed Electronically] |
|---|---|

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING
<u>2004 EXAMINATION OF GIL A. MILLER</u>**

72708745.1 0045705-00001

Filed: November 12th, 2012

Having considered the "Motion for Order Authorizing 2004 Examination of Gil A. Miller" (the "Motion") filed by Playboy Enterprises International, Inc., ("Playboy") and good cause appearing, the Court hereby orders that:

1.  The Motion is GRANTED.

2.  Gil A. Miller shall appear and submit to an examination, to be taken under oath before a Certified Court Reporter, at the law firm of Stoel Rives LLP, 201 South Main Street, Suite 1100, Salt Lake City, Utah 84111, at 9:00 a.m., **December 7, 2012,** and to continue thereafter until completed.  The oral examination shall relate to all topics permitted by Rule 2004.

------------------------------------------END OF DOCUMENT------------------------------------------